| | | |
|---|---|---|
| ATTORNEY GRIEVANCE COMMISSION OF MARYLAND | * | IN THE |
| | * | SUPREME COURT |
| | * | OF MARYLAND |
| v. | * | AG No. 36 |
| ELAINE H. CHANG | * | September Term, 2023 |

**O R D E R**

Upon consideration of the parties' joint petition to suspend the respondent for 60 days, stayed in favor of six months of probation with terms, in which respondent agrees that the conduct described in the petition violates Rule 19-301.7 (b)(4) (conflict) of the Maryland Attorneys' Rules of Professional Conduct, and the Federal Immigration Rules of Professional Conduct of Practitioners, 8 C.F.R. § 1003.102(r)(1) (communication), it is this 16th day of February 2024, by the Supreme Court of Maryland

ORDERED that Elaine H. Chang is suspended for 60 days from the practice of law in the State of Maryland; and it is further

ORDERED that the suspension is stayed in favor of six months of probation under the terms contained in the Probation Agreement.

/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk